# IN THE UNITED STATES BANKRUPTCY COURT
# FOR DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br>**ULMC2CORP.** | CHAPTER 7 |
| Debtor(s) | CASE NO. **02-12482-PJW** |
| | Related Docket No. 1588 |

## ORDER TO PAY UNCLAIMED FUNDS TO THE COURT

**IT IS ORDERED** that the Trustee shall pay unclaimed funds, as stated in the foregoing Motion, in the amount of $1,698.44 representing payment of claims to creditors, to the Clerk, United States Bankruptcy Court for the District of Delaware.

_____
UNITED STATES BANKRUPTCY JUDGE

Ordered this 16 day of June, 2010.