IN THE UNITED STATES BANKRUPTCY COURT
FOR DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br>**UNIROYAL TECHNOLOGY CORP.**<br>Debtor(s) | CHAPTER 7<br><br>CASE NO. **02-12471-PJW**<br><br>Related Docket No. 1587 |

## ORDER TO PAY UNCLAIMED FUNDS TO THE COURT

**IT IS ORDERED** that the Trustee shall pay unclaimed funds, as stated in the foregoing Motion, in the amount of $115.00 representing payment of claims to creditors, to the Clerk, United States Bankruptcy Court for the District of Delaware.

_____
UNITED STATES BANKRUPTCY JUDGE

Ordered this 10 day of June, 2010.